**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-6571**

_____

IN RE:  WILLIAM LEWIS,

                                                      Petitioner.

_____

On Petition for Writ of Mandamus.

_____

Submitted:  July 27, 2005          Decided:  August 5, 2005

_____

Before KING, GREGORY, and SHEDD, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

William Lewis, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Lewis petitions for writ of mandamus, seeking an order compelling the United States Parole Commission to release him on parole.  Mandamus relief is available only when the petitioner has a clear right to the relief sought.  See In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988).  Mandamus is a drastic remedy and should only be used in extraordinary circumstances.  See Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); In re Beard, 811 F.2d 818, 826 (4th Cir. 1987).  Moreover, jurisdiction to grant mandamus relief against an agency of the United States lies with the district courts, not this court.  28 U.S.C. § 1361 (2000); 28 U.S.C. § 1651 (2000) (providing that this court's authority under All Writs Act extends only to issuance of writs necessary or appropriate in aid of appellate jurisdiction).

The relief sought by Lewis is not available by way of mandamus.  Accordingly, although we grant Lewis' motion to proceed in forma pauperis, we deny the petition for writ of mandamus.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED